# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONA UPERESA,<br><br>        Plaintiff,<br><br>v.<br><br>FIDELITY LIFE ASSOCIATION,<br><br>        Defendant. | Case No. 1:20-cv-00495-DAD-BAM<br><br>**ORDER RE STIPULATION TO CONTINUE SCHEDULING CONFERENCE FOR ONE MONTH PENDING THE PARTIES' JULY 16, 2020 MEDIATION** |

Pursuant to the parties' stipulation, in order to allow the parties to pursue private mediation and to accommodate the Court's calendar, IT IS HEREBY ORDERED that the Scheduling Conference, currently set for July 9, 2020, is CONTINUED to **August 4, 2020, at 9:00 AM in Courtroom 8 (BAM)** before the undersigned. The parties may appear telephonically at the status conference using the following dial-in number and passcode: ***dial-in number 1-877-411-9748; passcode 3219139***. If the parties file a notice of settlement pursuant to Local Rule 160 prior to the conference, then the conference will be vacated. However, if the parties are unable to reach a settlement of the action, then the conference will proceed and the parties shall file a Joint Scheduling Report at least one (1) full week prior to the conference.

IT IS SO ORDERED.

    Dated:   **June 8, 2020**                    /s/ *Barbara A. McAuliffe*          
                                        UNITED STATES MAGISTRATE JUDGE